UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00345-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN FRANCISCO-MIGUEL, a/k/a Juan Thomas, a/k/a Juan Andres Francisco, a/k/a Jesse Martinez ,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, October 10, 2011** and responses to these motions shall be filed by **Wednesday, October 19, 2011.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time. Should a hearing become necessary, the parties shall contact Chambers. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, October 31, 2011 at 9:00 a.m. in courtroom A-1002.**

    Dated: September 22, 2011.    BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                WILEY Y. DANIEL
                                                CHIEF U. S. DISTRICT JUDGE