UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00345-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JUAN FRANCISCO-MIGUEL, a/k/a Juan Thomas, a/k/a Juan Andres Francisco, a/k/a Jesse Martinez ,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on October 6, 2011.  A Change of Plea hearing is set for **Monday, November 28, 2011 at 11:00 a.m.** Accordingly the trial set for October 31, 2011 is **VACATED**.  **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  October 7, 2011.