**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | May 14, 2012 | Probation: | Justine Kozak |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Marcela Salazar |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:   **11-cr-00345-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Hayley E. Reynolds

        Plaintiff,

v.

**1.  JUAN FRANCISCO-MIGUEL, a/k/a              Matthew C. Golla
Juan Thomas a/k/a Juan Andres
Francisco, a/k/a Jesse Martinez**,

        Defendant.

**SENTENCING**

**11:22 a.m.**      Court in Session - Defendant present (in-custody)

        **Change of Plea Hearing - Tuesday, January 31, 2012, at 10:00 a.m.
        Plea of Guilty - one-count Indictment**

        APPEARANCES OF COUNSEL.

        Interpreter sworn (Spanish).

        Court's opening remarks.

11:26 a.m.      Statement on behalf of Defendant (Mr. Golla).

11:30 a.m.      Statement on behalf of Government (Ms. Alves).

11:33 a.m.      Statement by Defendant on his own behalf (Mr. Francisco-Miguel).

                Court makes findings.

**ORDERED:** Government's Motion for 1-Level Variance in Defendant's Offense Level for Acceptance of Appellate Waiver (ECF Doc. No. 21), filed March 13, 2012, is **GRANTED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 29), filed May 11, 2012, is **GRANTED.**

                Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant's Motion for Variance from the Advisory Sentencing Guidelines (ECF Doc. No. 26), filed April 26, 2012, is **DENIED.**

**ORDERED:** Defendant be **imprisoned** for **51** months.

**ORDERED:** No term of supervised release is imposed. The defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possess a controlled substance, he may be subject to further federal prosecution.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the least restrictive facility within the state of Colorado, so Defendant can be close to his family.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:44 a.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :23**